IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EUGENE JONES**  **PLAINTIFF**
**ADC #169865**

v.     Case No. 4:22-cv-00084-LPR

**ARKANSAS DIVISION**
**OF CORRECTION, et al.**  **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After carefully considering the Recommendation and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Jones's Amended Complaint is dismissed without prejudice based on his failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be closed. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. The Court also recommends that future jurists assessing the effect of this dismissal consider it a "strike" for purposes of 28 U.S.C. § 1915(g).[1]

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See Gonzalez v. United States*, 23 F.4th 788, 789–91 (8th Cir. 2022) (holding that the number of strikes a prisoner has accrued for purposes of 28 U.S.C. § 1915(g) must be assessed by a later tribunal, looking backwards and independently assessing the effect of past dismissals).