IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EUGENE JONES**                                                                                     **PLAINTIFF**
**ADC #169865**

v.                                   No. 4:22-cv-00084-LPR

**ARKANSAS DIVISION**
**OF CORRECTION, et al.**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day and prior orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are dismissed without prejudice. This case is closed.

IT IS SO ADJUDGED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE